IN THE UNITED STATES DISTRICT COURT
FOR THE DISTRICT OF DELAWARE

| | |
|---|---|
| WALKER DIGITAL, LLC, | ) |
| | ) |
| Plaintiff, | ) |
| | ) |
| v. | ) C.A. No. 11-314-GMS |
| | ) |
| CITIGROUP, INC., DISCOVER FINANCIAL | ) **JURY TRIAL DEMANDED** |
| SERVICES, ORBISCOM LTD., T-CHEK | ) |
| SYSTEMS, INC., AND WELLS FARGO & | ) |
| COMPANY, | ) |
| | ) |
| Defendants. | ) |

## ORDER

WHEREAS, Orbiscom Inc. has moved this Court to grant leave for Orbiscom Inc. to intervene in this case, IT IS HEREBY ORDERED that Orbiscom Inc.'s Motion to Intervene is GRANTED.

3/21/12
Date

_____
Chief Judge

1020073 / 36762